**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6400**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LORENZO LIWAYNE BARNES, a/k/a L.B.,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:18-cr-00150-RGD-RJK-3)

Submitted:  July 27, 2022                    Decided:  August 12, 2022

Before NIEMEYER and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lorenzo Liwayne Barnes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In October 2020, Lorenzo Liwayne Barnes moved for compassionate release under 18 U.S.C. § 3582(c)(1)(A), alleging that he is particularly susceptible to severe illness or death from COVID-19 due to certain medical conditions. The district court denied the motion. On appeal, we concluded that the district court improperly denied relief on the ground that Barnes had failed to exhaust his administrative remedies and remanded for further proceedings so that the court could consider Barnes' motion in light of his current medical condition and circumstances. *United States v. Barnes*, No. 20-7730, 2022 WL 152417 (4th Cir. Jan. 18, 2022) (unpublished). The district court denied the motion again on remand, this time concluding that Barnes had failed to identify an extraordinary and compelling reason for his early release.

After reviewing the record, we conclude that the district court did not abuse its discretion in denying Barnes' motion based on the record before it at the time it rendered its decision. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (per curiam) (stating standard), *cert. denied*, 142 S. Ct. 383 (2021). Accordingly, we affirm the district court's judgment.[*]  *United States v. Barnes*, No. 2:18-cr-00150-RGD-RJK-3 (E.D. Va. Mar. 8, 2022). We dispense with oral argument because the facts and legal contentions are

---

[*] We have received Barnes' supplemental informal brief describing his current medical status and conditions of confinement. Our review, however, is confined to the record before the district court. If Barnes wishes to seek compassionate release based on his current circumstances, he must file another motion for compassionate release in the district court after exhausting his administrative remedies. *See* 18 U.S.C. § 3582(c)(1)(A).

2

adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*